1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
4  Los Angeles, CA  90071-1560
   Telephone:    (213) 362-7777
5  Facsimile:    (213) 362-7788

6  Attorneys for Defendant
   DEPUY ORTHOPAEDICS, INC.

7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  MARY LYSTER and GORDON LYSTER,        CASE NO. 3:11-CV-01736-JCS

12            Plaintiffs,                 ~~PROPOSED~~ ORDER RE: STIPULATION
                                          TO STAY PROCEEDINGS
13       vs.
                                          *Hon. Jospeh C. Spero*
14  DEPUY ORTHOPAEDICS, INC.,
    THOMAS P. SCHMALZRIED, M.D.           Action Filed:    March 10, 2011
15  A PROFESSIONAL CORPORATION,           Trial Date:      None Set
    and DOES 1 through 20, inclusive
16
              Defendants.
17

18

19        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs MARY

20  LYSTER and GORDON LYSTER; Defendant DEPUY ORTHOPAEDICS, INC.; and Defendant

21  THOMAS P. SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of

22  all documents, files, and pleadings in this action; and upon good cause shown, it is hereby

23  ORDERED that:

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1.   The Parties' request for a stay of proceedings is GRANTED;

2.   All proceedings in this action are hereby stayed, pending resolution of the motion to create a Pinnacle Cup System MDL proceeding.

IT IS SO ORDERED.

Dated: _____May 25_____, 2011

Judge _____

Respectfully submitted by,

DATED: April 28, 2011                                YUKEVICH CALFO & CAVANAUGH

By: _____
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendant DEPUY
ORTHOPAEDICS, INC.

PROPOSED ORDER RE: STIPULATION TO STAY PROCEEDINGS

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1

**PROOF OF SERVICE**

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3    At the time of service, I was over 18 years of age and **not a party to this action**.  I am
employed in the County of Los Angeles, State of California.  My business address is 355 South
4 Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

5    On April 28, 2011, I served true copies of the following document(s) described as
**PROPOSED ORDER RE STIPULATION TO STAY PROCEEDINGS** on the interested
6 parties in this action as follows:

7 Kenneth M. Seeger                           Attorneys for Plaintiffs
Brian J. Devine                             MARY LYSTER and GORDON LYSTER
8 SEEGER • SALVAS LLP
455 Market Street, Suite 1530               T:     (415) 981-9260
9 San Francisco, CA  94105                    F:     (415) 981-9266

10

**BY CM/ECF** for parties that are CM/ECF participants.  Service is being made electronically on
11 those parties on the attached list that are registered users of the Court's Electronic Case Filing
System.

12

   I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct and that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.

14

   Executed on April 28, 2011, at Los Angeles, California.
15

16

17                                         Deanna Castellanos

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER RE: STIPULATION TO STAY PROCEEDINGS